United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 23-01224-MJC
Steven F. Rinaldi Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Aug 20, 2026 Form ID: 3180W Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven F. Rinaldi, 1391 Maywood Drive, Tobyhanna, PA 18466-3674 |
| 5545055 | + | BRIDGE VIEW NURSING HOME, 14310 20TH AVENUE, WHITESTONE, NY 11357-3098 |
| 5552409 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5545063 | + | TRANSAMERICA FINANCIAL LIFE INS CO, 2700 W PLANO PARKWAY, PLANO, TX 75075-8205 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 20 2026 18:55:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 20 2026 18:55:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5546097 | + | EDI: PHINAMERI.COM | Aug 20 2026 22:54:00 | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 5549116 | | EDI: PHINAMERI.COM | Aug 20 2026 22:54:00 | AmeriCredit Financial Services, Inc., dba Financial, P O Box 183853, Arlington, TX 76096 |
| 5549013 | | EDI: PHINAMERI.COM | Aug 20 2026 22:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5545056 | + | EDI: CAPITALONE.COM | Aug 20 2026 22:54:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5554102 | | EDI: CAPITALONE.COM | Aug 20 2026 22:54:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5545057 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 20 2026 18:55:00 | FIRST NATIONAL BANK OF PA, 3320 EAST STATE STREET, HERMITAGE, PA 16148-2758 |
| 5545058 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Aug 20 2026 18:55:00 | FIVE STAR BANK, 220 LIBERTY STREET, P.O. BOX 227, WARSAW, NY 14569 |
| 5558979 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Aug 20 2026 18:55:00 | Five Star Bank, 100 Chestnut Street, 13th Floor, Rochester NY 14604 |
| 5545059 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 20 2026 18:55:00 | FREEDOM MORTGAGE, PO BOX 50485, INDIANAPOLIS, IN 46250-0485 |
| 5545414 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 20 2026 18:55:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 5558114 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 20 2026 18:55:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |

| | | | | |
|---|---|---|---|---|
| 5545060 | + | EDI: PHINAMERI.COM | Aug 20 2026 22:54:00 | GM FINANCIAL, PO BOX 181145, ARLINGTON, TX 76096-1145 |
| 5552409 | | EDI: JCTM | Aug 20 2026 22:54:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 5558604 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 19:01:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5545061 | ^ | MEBN | Aug 20 2026 18:54:14 | MERCANTILE ADJUSTMENT BUREAU, PO BOX 9016, WILLIAMSVILLE, NY 14231-9016 |
| 5545062 | ^ | MEBN | Aug 20 2026 18:54:15 | POWERPAY, P.O. BOX 62426, KING OF PRUSSIA, PA 19406-0395 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David William Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Steven F. Rinaldi rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Steven F. Rinaldi lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

William E. Craig
on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 8

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Steven F. Rinaldi<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4773 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:23–bk–01224–MJC | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven F. Rinaldi
aka Steven Frank Rinaldi, aka Steven Rinaldi

8/20/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**