**Fill in this information to identify the case:**

Debtor 1 STEVEN F. RINALDI

Debtor 2 ______________________
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of PA
(State)

Case number 5:23-BK-01224-MJC

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** FREEDOM MORTGAGE

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 1 8 6 4

**Property address:**
1391 MAYWOOD DRIVE
Number Street

TOBYHANNA PA 18466
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: ______________ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 0.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ ________ |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.00 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: ______________________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ ________

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ ________

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date 8 / 26 / 2026

Trustee Jack N Zaharopoulos
First Name Middle Name Last Name

Address 8125 Adams Drive, Suite A
Number Street

Hummelstown PA 17036
City State ZIP Code

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

## Case Overview

**Case No. 5:23-BK-01224-MJC** STEVEN F. RINALDI
**CLOSED**

Wednesday, August 26, 2026
8:09 am
User: dschott

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---|
| Jun 23, 2023 | Truist Lockbox | BANK ENTERED LOCKBOX | 260.00 |
| Aug 08, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Sep 11, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Oct 10, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Nov 08, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Dec 08, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Jan 09, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Feb 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Mar 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Apr 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| May 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Jun 10, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Jul 09, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Aug 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Sep 10, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Oct 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Nov 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Dec 09, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Jan 09, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Feb 10, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Mar 10, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Apr 08, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| May 08, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Jun 09, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Jul 09, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Aug 08, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Sep 09, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Oct 08, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Nov 10, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Dec 08, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Jan 09, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Feb 09, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Mar 09, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Apr 08, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| May 08, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 260.00 |
| Jun 08, 2026 | | TFS - PLAN RECEIPT | 260.00 |
| | | **TOTAL RECEIPTS** | **9,360.00** |

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| **TOTAL FOR** | | | | | **0.00** |
| | | | **DISBURSEMENT TOTAL** | | **0.00** |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>STEVEN F. RINALDI<br>Debtor | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | CASE NO. 5:23-BK-01224-MJC |
| STEVEN F. RINALDI<br>Respondent | : | |

**CERTIFICATE OF SERVICE**

AND NOW, this 26th day of August 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Freedom Mortgage
Attn: Bankruptcy Dept
10500 Kincaid Drive
Fishers, IN 46037

Vincent Rubino, Esquire
712 Monroe St
PO Box 511
Stroudsburg PA 18360-0511

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

Steven F. Rinaldi
1391 Maywood Drive
Tobyhanna, PA 18466

Freedom Mortgage
Attn: Bankruptcy Dept
10500 Kincaid Drive
Fishers, IN 46037

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee